

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00372-CV

_____

SLF IV-EULESS RIVERWALK JV, L.P. AND CITY OF EULESS, TEXAS,
Appellant/Cross-Appellee

V.

CITY OF EULESS, TEXAS, AND ZONING BOARD OF ADJUSTMENT OF THE
CITY OF EULESS, Appellees/Cross Appellant

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-317551-20

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties "Joint Motion to Dismiss Appeals." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 14, 2021